**LOUIS B. FINE FAMILY, LLC, Appellant,**

v.

**John E. POTTER, Postmaster General, Appellee.**

No. 2006–1529.

United States Court of Appeals, Federal Circuit.

March 29, 2007.

### *ORDER*

Upon consideration of Louis B. Fine Family, LLC's motion for reconsideration of the court's order dismissing its appeal

for failure to file a joint appendix, the joint appendix now having been filed,

IT IS ORDERED THAT:

The court's March 2, 2007, dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.